IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 22 2003
U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES OF AMERICA, )
Plaintiff, ) NO. 4:03CR203CAS(MLM)
vs. )
LONNIE JACOBS, )
Defendant. )

FILED
AUG 26 2003
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

Leave Granted
CAS
8/26/03

MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE OBJECTIONS TO THE PRESENTENCE REPORT OUT OF TIME

COMES NOW defendant, Lonnie Jacobs, by and through counsel, Matthew Siegler, and hereby requests leave of court for an extension of time to file objections to the presentence report or to file objections to the presentence report out of time. In support of his motion, defendant states as follows:

1. Defendant and counsel received the disclosure copy of the presentence report on or about August 9, 2003.

2. Defendant disputes sentencing factors material to sentencing, specifically the calculation of the defendant's criminal history level.

3. Defense counsel is in the process of seeking resolution of the disputed factors with the United States Attorney and the United States Probation office.

4. Defense counsel respectfully requests additional time to seek administrative resolution and, if needed, to file the necessary objections to the presentence report.

#40

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 08/27/03 by mcrayton
4:03cr203 USA vs Jacobs

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE. IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE FOLLOWING:
4 Certified Copies to USM
2 Certified Copies to USP
1 Copy to Financial
1 Copy to O.S.U.

James Delworth - 2961 Fax: 314-539-7695
Janis Good - Fax: 314-421-3177
Matthew Siegler - 116375 Fax: 314-621-0020

SCANNED & FAXED BY:
AUG 27 2003
SAJ